Case 4:17-cv-00050   Document 47   Filed on 02/20/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2018
David J. Bradley, Clerk

IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYANN MUELLER, Individually and as Representative of the Estate of MARK MUELLER, <br><br>  Plaintiff <br><br> v. <br><br> FRANK CRYSTAL & CO., INC. FRANK CRYSTAL & CO. OF TEXAS, INC. <br><br>  Defendants <br><br> MUTUAL OF OMAHA INSURANCE COMPANY AND UNITED OF OMAHA LIFE INSURANCE COMPANY <br><br>  Defendants / Third-Party Plaintiffs <br><br> v. <br><br> EVELYN RUBENSTEIN JEWISH COMMUNITY CENTER <br><br>  Third-Party Defendant | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br><br> C.A. NO. 4:17-CV-00050 <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> JURY DEMANDED |

---

### MOTION TO DISMISS WITH PREJUDICE

---

**ON THIS DAY CAME TO BE CONSIDERED,** Plaintiff Maryann Mueller, Individually and as Representative of the Estate of Mark Mueller's AGREED MOTION TO DISMISS WITH

PREJUDICE her claims against Defendant Evelyn Rubenstein Jewish Community Center. The Court being fully advised of the premise of such dismissal is of the opinion that said Motion should in all things be GRANTED:

It is therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff Maryann Mueller, Individually and as Representative of the Estate of Mark Mueller's causes of action asserted against Evelyn Rubenstein Jewish Community Center are dismissed **with prejudice** and that all costs of Court are assessed against the parties incurring same.

Signed on this the 20th day of February, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

**DAVIS LAW GROUP**

By: _/s/ Joshua P. Davis_
Joshua P. Davis
Texas Bar No.: 24055379
Federal ID. 1109971
1010 Lamar, Suite 200
Houston, Texas 77002
(713) 337-4100 - Telephone
(713) 337-4101 - Facsimile
josh@thejdfirm.com
ATTORNEY FOR PLAINTIFF