Case 4:17-cv-00050   Document 48   Filed on 02/20/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYANN MUELLER, Individually and as Representative of the Estate of MARK MUELLER, <br><br> Plaintiff <br><br> v. <br><br> FRANK CRYSTAL & CO., INC., FRANK CRYSTAL & CO. OF TEXAS, INC. MUTUAL OF OMAHA INSURANCE COMPANY, AND UNITED OF OMAHA LIFE INSURANCE COMPANY, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | C. A. NO. 4:17-CV-00050 |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Maryann Mueller to dismiss all claims against Defendants Mutual of Omaha Insurance Company and United of Omaha Life Insurance Company with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Maryann Mueller's Motion to Dismiss all claims against Defendants Mutual of Omaha Insurance Company and United of Omaha Life Insurance Company with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

Feb. 20, 2018

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

DAVIS LAW GROUP

*/s/ Joshua P. Davis*
---
Joshua P. Davis
State Bar No. 24055379
Federal I.D. No. 1109971
1010 Lamar, Suite 200
Houston, TX 77002
713/337-4100
713/337-4101 **Fax**
josh@thejdfirm.com

**ATTORNEY-IN CHARGE FOR PLAINTIFF
MARYANN MUELLER**


WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP

*/s/ Linda P. Wills*
---
Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 **Fax**
Email: Linda.Wills@WilsonElser.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS
MUTUAL OF OMAHA INSURANCE COMPANY
AND UNITED OF OMAHA LIFE INSURANCE COMPANY**

2541043v.1