United States District Court
Southern District of Texas
**ENTERED**
February 20, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARYANN MUELLER, Individually and as Representative of the Estate of MARK MUELLER, | § § § § | |
| Plaintiff | § § | |
| v. | § § | C. A. NO. 4:17-CV-00050 |
| FRANK CRYSTAL & CO., INC., FRANK CRYSTAL & CO. OF TEXAS, INC. | § § § | |
| Defendants | § § | |
| and MUTUAL OF OMAHA INSURANCE COMPANY, AND UNITED OF OMAHA LIFE INSURANCE COMPANY, | § § § § | |
| Defendants/Third-Party Plaintiffs | § § | |
| v. | § § | |
| EVELYN RUBENSTEIN JEWISH COMMUNITY CENTER | § § § § | |
| Third-Party Defendant. | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Defendants/Third-Party Plaintiffs Mutual of Omaha Insurance Company and United of Omaha Life Insurance Company and Third-Party Defendant Evelyn Rubenstein Jewish Community Center with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Defendants/Third-Party Plaintiffs Mutual of Omaha Insurance Company and United of Omaha Life Insurance Company's Unopposed Motion to Dismiss all claims against Third-Party Defendant Evelyn

2543066v.1

Rubenstein Jewish Community Center with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

SIGNED in Houston, Texas, on this 20th day of Feburary, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE